NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**RAFFEL SYSTEMS, LLC,**
*Appellant*

**v.**

**MAN WAH HOLDINGS LIMITED,**
*Appellee*

---

2020-2126

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. PGR2019-00029.

---

Decided:  June 10, 2021

---

JOHN C. SCHELLER, Michael Best & Friedrich, LLP, Madison, WI, for appellant.  Also represented by MICHAEL BESS, BRIANNA JANE SIEBKEN, CHICAGO, IL; DAVID A. CASIMIR, TYLER SISK, Casimir Jones, S.C., Middleton, WI.

GARY HNATH, Mayer Brown LLP, Washington, DC, for appellee.  Also represented by CLARK BAKEWELL, MICHAEL LOUIS LINDINGER, MINH NGUYEN-DANG, NICOLE A. SAHARSKY; HAO TAN, SHEN WANG, Arch & Lake LLP, Chicago, IL.

2        RAFFEL SYSTEMS, LLC v. MAN WAH HOLDINGS LIMITED

———————————

Before REYNA, HUGHES, and STOLL, *Circuit Judges*.

PER CURIAM.

Raffel Systems, LLC appeals the decision of the Patent Trial and Appeal Board concluding that claim 1 of U.S. Patent No. D821,986 is unpatentable under the on-sale bar. The Board found that an email sent by patent owner Raffel offered for sale an embodiment of the claim in small quantities on-demand over a year before the priority date of the patent. We have considered the appellant's arguments that the Board's on-sale determination was unsupported by substantial evidence and find them unpersuasive. We therefore affirm.

**AFFIRMED**